**So Ordered.**



Patricia C. Williams
Bankruptcy Judge

**Dated: August 20th, 2013**

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　Debtor(s).<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　Plaintiff(s),<br><br>vs.<br><br>MARK BIGELOW, et al.,<br><br>　　　　　　　　　Defendant(s). | DC No. 11-CV-357-RMP<br><br>Case No. 09-06194-PCW11<br><br><br><br>Adversary No. 11-80299-PCW11<br><br>REPORT AND RECOMMENDATION RE: PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS DAVID MARSHALL WOOD AND AMANDA WOOD (ECF NO. 466) |

The Honorable Patricia C. Williams, sitting in the United States Bankruptcy Court for the Eastern District of Washington, hereby files this Report and Recommendation regarding plaintiff's Motion for Entry of Default Judgment Against Defendants David Marshall Wood and Amanda Wood (ECF No. 466) filed with the bankruptcy court in this adversary proceeding.

REPORT AND RECOMMENDATION RE: . . . ~ Page 1

1  This Report and Recommendation is made pursuant to the Honorable Rosanna
2  Malouf Peterson's Order Withdrawing the Reference and Referring to Bankruptcy
3  Court for Further Proceedings entered on April 25, 2012 (ECF No. 28) in district court
4  case No. 11-CV-357-RMP.
5  The recommendation is that plaintiff's Motion for Entry of Default Judgment
6  Against Defendants David Marshall Wood and Amanda Wood (ECF No. 466) be
7  granted and the attached Default Judgment be entered in this adversary proceeding.
8  The basis for this recommendation is that an Order of Default was entered by the
9  bankruptcy court on July 17, 2013 (ECF No. 412).
10  ///END OF REPORT AND RECOMMENDATION///

Shelley N. Ripley, WSBA No. 28901
Daniel J. Gibbons, WSBA No. 33036
WITHERSPOON • KELLEY
422 W. Riverside, Suite 1100
Spokane, WA 99201
Telephone: (509) 624-5265; Facsimile: (509) 458-2717
Attorneys to Bruce P. Kriegman, Chapter 11 Trustee

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | US District Case No. 11-CV-357-RMP |
| LLS AMERICA, LLC, | Bankruptcy No. 09-06194-PCW11 |
| Debtor. | |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America LLC, | Adversary No. 11-80299-PCW 11 |
| Plaintiff, | DEFAULT JUDGMENT AGAINST DEFENDANTS DAVID MARSHALL WOOD AND AMANDA WOOD |
| v. | |
| MARK BIGELOW, et al., | |
| Defendants. | |

## JUDGMENT SUMMARY

Judgment Creditor:   Bruce P. Kriegman, solely in his capacity as the Liquidating Trustee under the Confirmed Plan of the Debtor

Attorneys for Judgment Creditor:   Witherspoon Kelley

DEFAULT JUDGMENT- 1

{S0746519; 1 }

WK WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

11-80299-FPC    Doc 475    Filed 08/20/13    Entered 08/21/13 12:49:02    Pg 3 of 6

Judgment Debtor: David Marshall Wood and Amanda Wood

Principal Amount of Judgment: $93,834.68 CAD
$    250.00 US

Interest on Judgment: Weekly Average of One-Year Constant Maturity (nominal) treasury yield as published by the Federal Reserve System (28 USC § 1961)

This Court having previously entered an Order of Default against Defendants David Marshall Wood and Amanda Wood (Adv. Doc. No. 412), and having reviewed the previously filed Memorandum of Authorities (Adv. Doc. No. 368) and Affidavit of Curtis Frye (Adv. Doc. No. 369), and the Affidavit of Shelley N. Ripley in Support of Plaintiff's Motion for Default Judgment filed herewith, and being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC, shall have a judgment against the Defendants David Marshall Wood and Amanda Wood, as follows:

1. Monetary Judgment in the amount of CAD $93,834.86, pursuant to 11 U.S.C. § 550 and RCW 19.40.071;

2. Transfers in the amount of CAD $93834.86 made to the Defendants within four years prior to the Petition Filing Date are hereby avoided and Plaintiff

DEFAULT JUDGMENT- 2

{S0746519; 1 }

WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544, 550, 551 and 548(a) and (b) and RCW 19.40.041(1) and (2) and RCW 19.40.071;

3. All said transfers to Defendants David Marshall Wood and Amanda Wood are hereby set aside and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendants David Marshall Wood and Amanda Wood for the benefit of the estate of LLS America, pursuant to 11 U.S.C. §§ 544, 550 and 551;

4. All proofs of claim of the Defendants which have been filed or brought or which may hereafter be filed or brought by, on behalf of, or for the benefit of Defendants David Marshall Wood and Amanda Wood or their affiliated entities, against the Debtor's estate, in this bankruptcy or related bankruptcy proceedings, are hereby disallowed and subordinated to the monetary judgment granted herein and Defendants David Marshall Wood and Amanda Wood shall not be entitled to collect on their proof of claim (Claim No. 654-1) until the monetary judgment is satisfied by Defendants David Marshall Wood and Amanda Wood in full, pursuant to 11 U.S.C. §§ 502(d), 510(c)(1) and 105(a);

5. A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and

DEFAULT JUDGMENT- 3

{S0746519; 1 }

WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300       Fax: 509.458.2728

11-80299-FPC   Doc 475   Filed 08/20/13   Entered 08/21/13 12:49:02   Pg 5 of 6

6. Plaintiff is hereby awarded costs (i.e. filing fee) in the amount of $250.00 USD, for a total judgment of CAD $93,834.86, plus $250 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

Entered this ___ day of _____, 2013.

_____
HONORABLE ROSANNA PETERSON

Presented by:

WITHERSPOON · KELLEY

 s/ Shelley N. Ripley
Shelley N. Ripley, WSBA No. 28901
Daniel J. Gibbons, WSBA No. 33036
Attorneys for Bruce Kriegman, Chapter 11 Trustee

DEFAULT JUDGMENT- 4

{S0746519; 1 }

WK WITHERSPOON · KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

11-80299-FPC    Doc 475    Filed 08/20/13    Entered 08/21/13 12:49:02    Pg 6 of 6